```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  SARALYN M. ANG-OLSON, SBN 197404
    Special Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2700

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   2:09-CV-01114-MCE-DAD
                                 )
12           Plaintiff,          )   APPLICATION AND ORDER FOR
                                 )   PUBLICATION
13       v.                      )
                                 )
14  2007 PORSCHE GT3, VIN:       )
    WPOAC29947S792550,           )
15                               )
             Defendant.          )
16  _____)
```

    The United States of America, Plaintiff herein, applies for an
order of publication as follows:

    1.   Rule G(4) of the Supplemental Rules for Admiralty or
Maritime Claims and Asset Forfeiture Actions (hereafter
"Supplemental Rules") provides that the Plaintiff shall cause
public notice of the action to be given in a newspaper of general
circulation or on the official internet government forfeiture site;

    2.   Local Rule 83-171, Eastern District of California,
provides that the Court shall designate by order the appropriate
newspaper or other vehicle for publication;

    3.   The defendant 2007 Porsche GT3, VIN: WPOAC29947S792550
(hereafter "the defendant vehicle") was seized in the city of

Folsom, in Sacramento County, California.  The U.S. Secret Service published notice of the non-judicial forfeiture of the defendant vehicle on December 24 and 31, 2008, and January 7, 2009, in the *Wall Street Journal*.

    4.    Plaintiff proposes that publication be made as follows:

        a.    One publication;

        b.    Thirty (30) consecutive days;

        c.    On the official internet government forfeiture site www.forfeiture.gov;

        d.    The publication is to include the following:

            (1)    The Court and case number of the action;

            (2)    The date of the seizure/posting;

            (3)    The identity and/or description of the property seized/posted;

            (4)    The name and address of the attorney for the Plaintiff;

            (5)    A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

            (6)    A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 20 days after

///

///

///

the filing of the claims and that, in the absence thereof, default may be entered and condemnation ordered.

Dated: 4/22/09         LAWRENCE G. BROWN
                       Acting United States Attorney


                       /s/ Saralyn M. Ang-Olson
                       SARALYN M. ANG-OLSON
                       Special Assistant U.S. Attorney


**ORDER**

IT IS SO ORDERED.

DATED: April 23, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/USv2007Porsche1114.ord