```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  SARALYN M. ANG-OLSON, SBN 197404
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2700

 5  Attorneys for Plaintiff
    United States of America
 6
 7
 8
                  IN THE UNITED STATES DISTRICT COURT
 9
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  2:09-CV-01114-MCE-DAD
                                 )
12           Plaintiff,          )  STIPULATION FOR EXTENSION
                                 )  OF TIME TO FILE JOINT
13       v.                      )  STATUS REPORT
                                 )
14  2007 PORSCHE GT3, VIN:       )
    WPOAC29947S792550,           )
15                               )
             Defendant.          )
16                               )
                                 )
17                               )
    _____)
```

18      Plaintiff United States of America and third-party Gregory
19 Tepenkiosis ("Tepenkiosis"), by and through their respective
20 counsel, hereby request that the joint status report currently
21 due on June 29, 2009 be continued for approximately 60 days, or
22 effectively until **August 28, 2009.**
23      Plaintiff and Tepenkiosis make this request for the
24 following reasons:  Plaintiff intends to move to strike
25 Tepenkiosis' Claim and Answer to the Verified Complaint for
26 Forfeiture *In Rem*.  Counsel for both plaintiff and Tepenkiosis
27 have discussed this matter and agree that, in light thereof,
28 neither is in a position currently to contribute meaningfully to

1 the process of conferring on the matter as required by Fed. R.
2 Civ. P. 26(f) and to the preparation of a resulting joint status
3 report, which must include the Rule 26(f) discovery plan, as
4 required by the Court's Order filed on April 23, 2008.
5    As soon as the need became apparent, counsel for Plaintiff
6 and Tepenkiosis have conferred about an extension of time to file
7 the joint status report and, without delay, hereby make their
8 request.
9    As required under Rule 6-144(b) of the Local Rules of
10 Practice for the United States District Court, Eastern District
11 of California, Plaintiff and Tepenkiosis hereby represent that no
12 prior extensions of time have been sought in regard to the filing
13 of the joint status report.

14 Dated: June 26, 2009        LAWRENCE G. BROWN
                              Acting United States Attorney
15
16                            /s/ Saralyn M. Ang-Olson
                              Saralyn M. Ang-Olson
17                            Special Assistant U.S. Attorney
18
   Dated: June 26, 2009        /s/ Mark Reichel
19                            Mark Reichel
                              Attorney for Third-Party
20                            Gregory Tepenkiosis
21                            (Attorney signature authorized by email)

**ORDER**

For the reasons set forth above, the parties shall submit a joint status report on or before August 28, 2009.

**IT IS SO ORDERED.**

Dated: June 29, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE