1  MARK J. REICHEL SB# 155034
   LAW OFFICES OF MARK J. REICHEL
2  455 Capitol Mall, 3rd Floor Suite 350
   Sacramento, CA  95814
3  Telephone:   (916) 498-9254
   Fax:         (916) 441-6553
4
   www.reichellaw.com
5  mark@reichellaw.com

6  Attorney for Claimant
   GREGORY TEPENKIOZIS
7

8

9              **IN THE UNITED STATES DISTRICT COURT**

10            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12  UNITED STATES OF AMERICA | CASE NO. 2:09-CV-01114 MCE-DAD |
| 13       Plaintiff, | |
| 14  v. | STIPULATION OF THE PARTIES TO RE-SET THE HEARING DATE FOR PLAINTIFF'S |
| 15  2007 PORSCHE GT3, VIN:WPOA C29947s792550 | MOTION TO STRIKE CLAIM AND ANSWER OF GREGORY TEPENKIOZIS; ORDER |
| 16       Defendant, | Date:      September 24, 2009 |
| 17  | Time:      2:00 p.m. |
|     | Courtroom: 7 (14th Floor) |
| 18  GREGORY TEPENKIOZIS | |
| 19       Claimant                      / | |

20

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, SARALYN M. ANG-OLSON, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for claimant Tepenkiozis, that the present date for the hearing on plaintiff's Motion To Strike be vacated and re calendared for September 24, 2009 at 2:00 p.m. The claimant's response shall be filed on or before August 24, 2009, and the plaintiff's reply shall be filed on or before September 17, 2009.

DATED: August 4, 2009.                    Respectfully submitted,

MARK J. REICHEL, ESQ.

/s/ MARK J. REICHEL
MARK J. REICHEL
Attorney for claimant

LAWRENCE BROWN
United States Attorney

DATED: August 4, 2009   .           /s/MARK J. REICHEL for:
SARALYN M. ANG-OLSON
Assistant U.S. Attorney
Attorney for Plaintiff

# O R D E R

**IT IS SO ORDERED.** The hearing date and time and schedule of briefing as set forth above is adopted by the Court.

Dated: August 4, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE