1  LAWRENCE G. BROWN
   United States Attorney
2  SARALYN M. ANG-OLSON, SBN 197404
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:09-CV-01114-MCE-DAD |
|---|---|
| Plaintiff, | ) **AMENDED** STIPULATION FOR |
| | ) EXTENSION OF TIME TO FILE |
| v. | ) JOINT STATUS REPORT AND |
| | ) ORDER |
| 2007 PORSCHE GT3, VIN: WPOAC29947S792550, | ) |
| Defendant. | ) |

Plaintiff United States of America and third-party Gregory Tepenkiozis ("Tepenkiozis"), by and through their respective counsel, hereby request that the joint status report currently due on August 28, 2009 be continued for approximately 35 days, or effectively until **October 2, 2009.**

Plaintiff and Tepenkiozis make this request for the following reason: Tepenkiozis is in the process of possibly resolving the related criminal matter, 2:09-cr-00017-MCE, which possible resolution could determine whether the civil action will proceed.  Counsel for both plaintiff and Tepenkiozis have discussed this matter and agree that, in light thereof, neither

1  is in a position currently to contribute meaningfully to the
2  process of conferring on the matter as required by Fed. R. Civ.
3  P. 26(f) and to the preparation of a resulting joint status
4  report, which must include the Rule 26(f) discovery plan, as
5  required by the Court's Order filed on April 23, 2008.
6       As soon as the need has become apparent, counsel for
7  Plaintiff and Tepenkiozis have conferred about an extension of
8  time to file the joint status report and, without delay, hereby
9  make their request.
10      As required under Rule 6-144(b) of the Local Rules of
11 Practice for the United States District Court, Eastern District
12 of California, Plaintiff and Tepenkiozis hereby represent that
13 one prior extension of time (of a total period of 60 days) has
14 been sought in regard to the filing of the joint status report.

15 Dated: August 27, 2009    LAWRENCE G. BROWN
                             United States Attorney
16

17                           /s/ Saralyn M. Ang-Olson
                             Saralyn M. Ang-Olson
18                           Special Assistant U.S. Attorney

19

20 Dated: August 27, 2009    /s/ Mark J. Reichel
                             Mark J. Reichel
21                           Attorney for Third-Party
                             Gregory Tepenkiozis
22
                             (Attorney signature authorized by email)
23

24

25

26

27

28

**ORDER**

For the reasons set forth above, the parties shall submit a joint status report on or before October 2, 2009.

**IT IS SO ORDERED.**

Dated: August 31, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE