1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            No. 2:09-cv-01114-MCE-DAD

12           Plaintiff,

13      v.                               **ORDER**

14  2007 PORSCHE GT3, VIN:
    WPOAC29947S792550,
15
             Defendant.
16

17                          ----oo0oo----

18      Plaintiff moves to strike the Claim and Answer to Verified

19  Complaint for Forfeiture In Rem filed by Gregory Tepenkiozis in

20  this action on June 12, 2009.  Pursuant to stipulation of the

21  parties, as approved by the Court on August 5, 2009 when the

22  hearing on this matter was continued to September 24, 2009, any

23  opposition by claimant Tepenziokis to the instant motion was to

24  be filed not later than August 24, 2009.  No opposition has been

25  made.

26  ///

27  ///

28  ///

                                  1

1    Given that non-opposition, and good cause appearing

2 therefor, Plaintiff's Amended Motion to Strike (Docket No. 18),

3 is hereby GRANTED.[1]  The September 24, 2009 hearing on the Motion

4 is vacated.

5    IT IS SO ORDERED.

6 Dated: September 17, 2009

7

8 _____

9 MORRISON C. ENGLAND, JR.
   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27    [1] Because oral argument will not be of material assistance,
   the Court orders this matter submitted on the briefs.  E.D. Cal.
28 Local Rule 78-230(h).

2