LAWRENCE G. BROWN
United States Attorney
SARALYN M. ANG-OLSON, SBN 197404
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:09-CV-01114-MCE-DAD |
|---|---|
| Plaintiff, | ) STIPULATION FOR |
| | ) EXTENSION OF TIME TO FILE |
| v. | ) JOINT STATUS REPORT AND |
| | ) ORDER |
| 2007 PORSCHE GT3, VIN: WPOAC29947S792550, | ) |
| Defendant. | ) |

Plaintiff United States of America and third-party Gregory Tepenkiozis ("Tepenkiozis"), by and through their respective counsel, hereby request that the joint status report currently due on October 2, 2009 be continued for approximately 32 days, or effectively until **November 3, 2009.**

Plaintiff and Tepenkiozis make this request because they are in the process of resolving the matter.  Counsel for both plaintiff and Tepenkiozis have communicated on this matter and agree that, in light thereof, neither is in a position currently to contribute meaningfully to the process of conferring on the matter as required by Fed. R. Civ. P. 26(f) and to the

1        Stip for EOT to File Joint Status Report

preparation of a resulting joint status report, which must include the Rule 26(f) discovery plan, as required by the Court's Order filed on April 23, 2008.

As soon as the need has become apparent, counsel for Plaintiff and Tepenkiozis have conferred about an extension of time to file the joint status report and, without delay, hereby make their request.

As required under Rule 6-144(b) of the Local Rules of Practice for the United States District Court, Eastern District of California, Plaintiff and Tepenkiozis hereby represent that two prior extensions of time (of a total period of 95 days) have been sought in regard to the filing of the joint status report.

Dated: September 30, 2009   LAWRENCE G. BROWN
United States Attorney

/s/ Saralyn M. Ang-Olson
Saralyn M. Ang-Olson
Special Assistant U.S. Attorney

Dated: September 30, 2009   /s/ Mark J. Reichel
Mark J. Reichel
Attorney for Third-Party
Gregory Tepenkiozis

**ORDER**

For the reasons set forth above, the parties shall submit a joint status report on or before November 3, 2009.

IT IS SO ORDERED.

Dated: October 6, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE