```
1  LAWRENCE G. BROWN
   United States Attorney
2  SARALYN M. ANG-OLSON, SBN 197404
   Special Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for Plaintiff
   United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:09-CV-01114-MCE-DAD |
| | ) | |
| Plaintiff, | ) | FINDINGS AND RECOMMENDATIONS |
| | ) | |
| v. | ) | |
| | ) | |
| 2007 PORSCHE GT3, VIN: WPOAC29947S792550, | ) ) ) | |
| Defendant. | ) | |

      This matter came before the Honorable Dale A. Drozd on plaintiff United States' *ex parte* motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the defendant Porsche to oppose plaintiff's motion. Based on plaintiff's motion and the files and records of the court, THE COURT FINDS as follows:

      1.   This action arose out of a Verified Complaint for Forfeiture *In Rem* filed April 23, 2009.

      2.   Plaintiff United States of America has moved this Court, pursuant to Local Rule A-540, for entry of default

/////

judgment of forfeiture against potential claimants Barclays Bank, Chase Bank and Gregory Tepenkiozis.

3. Plaintiff has shown that a complaint for forfeiture was filed; that potential claimants Barclays Bank, Chase Bank and Gregory Tepenkiozis received notice of the forfeiture action; that any and all other unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

Therefore, IT IS RECOMMENDED as follows:

4. That Barclays Bank, Chase Bank and Gregory Tepenkiozis be held in default;

5. That plaintiff's motion for default judgment and final judgment of forfeiture be granted;

6. That a judgment by default be entered against any right, title or interest of potential claimants Barclays Bank, Chase Bank and Gregory Tepenkiozis in the defendant Porsche;

7. That a final judgment be entered, forfeiting all right, title and interest in the defendant Porsche to the United States of America, to be disposed of according to law.

8. That the Default Judgment and Final Judgment of Forfeiture lodged herein be signed by the Honorable Morrison C. England and filed by the Clerk of the Court.

DATED: October 27, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/USv2007Porsche1114.f&r